

**4747 SW 51 Street**
**Plantation, Fl 33314**

December 29, 2015

Kenneth A. Welt, Trustee
1776 N. Pine Island Road
Suite 101
Plantation, Fl 33322

    Re:    Peter G. Herman
             Case No: 12-13989 JKO
             Asset: Patek Philippe Wristwatch

Dear Mr. Welt,

    We would like to thank you for choosing DMS, Inc. to conduct your online auction of the above referenced asset. Enclosed, please find the auction report, accounting summary, expense report and a check for the gross proceeds.

    Our summaries should answer any questions you may have, however, if you need any additional information, please do not hesitate to contact us.

Sincerely,

Carina Avila
Operations Manager



# REPORT OF SALE

Enclosed, please find total gross proceeds from the sale of the above referenced asset sold on December 24, 2015 in the amount of $ 3,200.00.

During the seven (7) day auction, we had 414 visits to our listing and a total of 8 bids. Asset did not meet reserve at auction, best offer was presented to and accepted by Trustee.

The asset was sold to:

Shan-san Wu



## ACCOUNTING SUMMARY

GROSS AUCTION AMOUNT ……………………………………….. $  3,200.00

OUT POCKET EXPENSES     ……………………………………………… <$     250.00>

COMMISSION (10% of gross proceeds) …………………………… <$     320.00>

**NET PROCEEDS**  ……………………………………………………….. $  2,630.00

Hi Carina!    Sell                                                                                                   My eBay

    Search...                                                                       All Categories    ▼

Back to item description

# Bid history

Tell us what you think

Item number: 391340647226



PATEK PHILIPPE WRISTWATCH US BANKRUPTCY COURT AUCTION

Winning bid:    **US $3,200.00**

Reserve met

Bidders: 5    Bids: 8    Time Ended: Dec-21-15 13:41:23 PST    Duration: 10 days

Your item sold for US $3,200.00

Only actual bids (not automatic bids generated up to a bidder's maximum) are shown. Automatic bids may be placed days or hours before a listing ends. Learn more about bidding.

**Show automatic bids**

| Bidder (show email addresses) | Bid Amount | Bid Time | Location* | Shipment Status | Action |
|---|---|---|---|---|---|
| we_sail_the_ocean_blue ( 1640 ★ ) | US $3,200.00 | Dec-21-15 13:41:23 PST | 10150-7436 | -- | Second chance offer More actions |
| breguet3857pt ( 1087 ★ ) | US $2,800.00 | Dec-21-15 08:57:27 PST | 90601-2576 | -- | Send second chance offer |
| bdeweyp ( 44 ☆ ) | US $2,500.00 | Dec-17-15 15:42:27 PST | 95242-3409 | -- | Send second chance offer |
| collectiblesforless8388 ( 3746 ★ ) | US $2,088.00 | Dec-19-15 14:42:55 PST | 10506-1815 | -- | Send second chance offer |
| delimanmeyer ( 797 ☆ ) | US $2,025.00 | Dec-16-15 19:58:35 PST | 11210-3224 | -- | Send second chance offer |
| breguet3857pt ( 1087 ★ ) | US $2,000.00 | Dec-12-15 07:26:08 PST | 90601-2576 | -- | Send second chance offer |
| bdeweyp ( 44 ☆ ) | US $2,000.00 | Dec-16-15 00:29:50 PST | 95242-3409 | -- | Send second chance offer |
| collectiblesforless8388 ( 3746 ★ ) | US $1,009.00 | Dec-16-15 00:24:15 PST | 10506-1815 | -- | Send second chance offer |
| Starting Price | US $999.00 | Dec-11-15 13:41:23 PST | | | |

If two bidders placed the same bid amount, the earlier bid takes priority. See how to cancel bids.

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Information Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2015 eBay Inc. All Rights Reserved. User Agreement, Privacy, Cookies and AdChoice







# Golden Earrings

**8846 State Road 84, Davie Florida, 33324**
**(954) 474-2737    fax (954) 370-2648**

## APPRAISAL

TO WHOM IT MAY CONCERN:
This is to certify that we are engaged in the jewelry business, appraising diamonds, watches, jewelry, and precious stones of all descriptions. We herewith certify that we have this day carefully examined the following listed and described articles, the property of:

**DMS Inc.**
**4700 SW 51st St #208**
**Davie Fl. 33314**

We estimate the value as listed for insurance or other purposes at the current liquidation value, excluding Federal and other taxes. In making this appraisal we DO NOT agree to purchase or replace the articles.

### One Gents Patek Philippe Wristwatch:

| | |
|---|---|
| Model: | Ellipse |
| Case: | 18k Yellow Gold |
| Buckle: | 18k Yellow Gold |
| Band: | Leather |
| Dial: | Cream Color |
| Movement: | Quartz |
| Dimensions: | 31mm x 35 mm |
| Engraved: | "BART YOU MAKE ME PROUD LOVE DAD." |
| Serial#: | 2843172 |
| Model#: | 3838 |

Replacement Retail Cost:                                                                  $12,400.00

Approximate Current market Value:                                                  $3,500.00

The foregoing Appraisal is made with the understanding that the appraiser assumes no liability with respect to any action that may be taken on the basis of this appraisal.

/S/Ari Erblat                                                          11/12/15
APPRAISER                                                                                      DATE